IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DISCOVER PROPERTY & CASUALTY INSURANCE CO., )<br>    Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>THE MITCHELL CO., INC., )<br>    Defendant/Counterclaim-Plaintiff. ) | CIVIL ACTION NO. 10-00663-KD-M |

## JUDGMENT

In accordance with the order entered this date (Doc. 67) granting the motion for summary judgment filed by Plaintiff Discover Property & Casualty Insurance Co. ("Discover") (Doc. 28), it is hereby:

1. **DECLARED** that the commercial property insurance policy, Policy No. DM004Z00067, issued by Discover does not provide coverage to Defendant The Mitchell Company ("Mitchell") for the alleged theft of copper piping and fixtures on or about July 2006 from units that Mitchell did not own at the Colonial Manor apartment complex in Pascagoula, Mississippi.

2. **ORDERED, ADJUDGED** and **DECREED** that the counterclaims of Defendant Mitchell against Plaintiff Discover are **DISMISSED with prejudice**.

Each party shall bear its own costs.

**DONE** and **ORDERED** this the **21st** day of **October 2011**.

                                        /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**